UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**MORRIS BROWN, JR.,**
**LAURIE SWEET,**
**JIMMY N. HOTVEDT, and**
**HELEN TICKANEN,**
        **Plaintiffs,**

    v.                                    Case No. 05C0775

**PENNCRO ASSOCIATES, INC.**
        **Defendant.**

## ORDER

On July 18, 2006, the parties notified the court that they had reached a proposed class action settlement. They also requested that the court suspend briefing on plaintiffs' motion to certify a class and suspend the deadlines included in the scheduling order dated October 4, 2005, pending submission of the settlement papers.

Accordingly,

**IT IS ORDERED** that briefing on plaintiffs' motion to certify a class is suspended.

**IT IS FURTHER ORDERED** that the deadlines included in the scheduling order dated October 5, 2005, are suspended.

**IT IS FURTHER ORDERED** that the parties shall submit settlement papers, including a settlement agreement, preliminary motion for approval of a class settlement, notice of settlement to be provided to class members, proposed preliminary approval order, motion for final approval of class action settlement, and proposed final order approving class action settlement by August 21, 2006.

Dated at Milwaukee, Wisconsin this 20 day of July, 2006.

/s_____
LYNN ADELMAN
District Judge